# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-9690 PA (RZx) | Date | June 10, 2015 |
|---|---|---|---|
| Title | Securities & Exchange Comm'n v. Elite Advisors Sports Management, Inc., et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Stephen Montes Kerr | | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court is in receipt of a Joint Status Report filed by the Securities and Exchange Commission ("SEC") and respondents Elite Sports Management, Inc. and Frank Robledo (collectively "Respondents"). In the Report, the SEC notes that, "[b]ased on Respondents' document productions and their certifications of completeness, the SEC does not seek any additional relief pursuant to its Application." Accordingly, this action is hereby dismissed.

IT IS SO ORDERED.